In the Matter of the Estate of TINA H. HALE, Deceased. ELIZABETH S. PROBST et al., Appellants; R. GLENN HALE, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Construction of the Will of TINA H. HALE, Deceased. ELIZABETH S. PROBST et al., Appellants; R. GLENN HALE, Respondent.

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

WALTER KOHL et al., Appellants, v. TOWN OF LOCKPORT, NEW YORK, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES A. SCOTT, Appellant.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of ALBERT J. BUTCHER, Respondent, v. CITY OF NIAGARA FALLS et al., Appellants.—

Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

CROUSE-IRVING HOSPITAL, Respondent, v. WILLIAM F. WALSH, as Commissioner of the Department of Public Welfare for the County of Onondaga, Appellant.—

Present —
Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of RICHARD BOTENS et al., Appellants, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF CUBA AND OTHERS, Respondent.—